Janine C. Prupas, Esq.
Nevada Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jprupas@swlaw.com

*Attorneys for Defendant MTM Transit, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO IBARRA-GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> MTM TRANSIT, LLC; DOES I through X; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 3:21-cv-00260-LRH-WGC <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN to the Court and parties that Michael Paretti, Esq. is no longer employed by Snell & Wilmer L.L.P., no longer associated with this matter, and should be removed from the list of counsel of record in this case.

Dated: July 26, 2021

SNELL & WILMER L.L.P.

By: */s/ Janine C. Prupas*
Janine C. Prupas, Esq.
Nevada Bar No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant MTM Transit, LLC*

IT IS SO ORDERED.

DATED: July 27, 2021.

_____
UNITED STATES MAGISTRATE JUDGE