UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANCISCO IBARRA-GONZALEZ, | Case No. 3:21-cv-00260-LRH-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MTM TRANSIT, LLC | |
| Defendant. | |

Before the Court is Plaintiff Francisco Ibarra-Gonzalez's ("Ibarra-Gonzalez") motion to extend time (ECF No. 8) to file a response to Defendant MTM Transit's ("MTM") motion to dismiss (ECF No. 4). MTM filed a response (ECF No. 11), to which Ibarra-Gonzalez replied (ECF No. 14). The Court has reviewed the motion and finds that good cause exists to grant Ibarra-Gonzalez an extension of time to file his response. Accordingly, the Court shall grant Ibarra-Gonzalez's motion.[1]

IT IS THEREFORE ORDERED that Ibarra-Gonzalez's motion for an extension of time (ECF No. 8) is **GRANTED** *nunc pro tunc*. Ibarra-Gonzalez shall file his response within 14 days of the date of this Order, and MTM's reply will be due within 7 days of the response.

IT IS SO ORDERED.

DATED this 10th day of September, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] The Court is also aware of Ibarra-Gonzalez's recently filed motions. *See* ECF Nos. 17, 18, 19. The Court will address each once they are ripe for review.

1