UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF FRANCISCO IBARRA-GONZALEZ, DECEASED, by and through Special Administrator and Personal Representative, LUIS A. CASILLAS,<br><br>Plaintiff,<br><br>vs.<br><br>MTM TRANSIT, LLC; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00260-LRH-WGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff the Estate of Francisco Ibarra-Gonzalez, Deceased, By and Through Special Administrator and Personal Representative, Luis A. Casillas and Defendant MTM Transit, LLC, by and through their respective counsels of record, that the above-captioned case shall be dismissed with prejudice.

///

///

///

///

///

4869-7894-1956

It is further stipulated and agreed that with each party will bear its own fees and costs.

Dated: December 16, 2021

AGF LAW

By: _____
Adriana Guzmán Fralick, Esq., Bar No. 9392
1699 S. Virginia Street, Suite 202
Reno, Nevada 89502

*Attorney for Plaintiff the Estate of Francisco Ibarra-Gonzalez, Deceased, By and Through Special Administrator and Personal Representative, Luis A. Casillas*

Dated: December 16, 2021

SNELL & WILMER L.L.P.

By: _____
Janine C. Prupas, Bar No. 9156
Sarah B. Lee, Bar No. 15586
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant MTM Transit, LLC*

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE

DATED: December 20, 2021